BRIAN P. BERSON, ESQ.
1000 Brannan St., Suite 488
San Francisco, CA 94103
California State Bar No. 130249
brian@bersonlaw.net
Telephone No.:(415)788-2707
Facsimile No.:(415)522-5206

Attorney for Defendant
ARAMIYA BURRELL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 18-38-JD |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SUPERVISED RELEASE (SR) VIOLATION HEARING |
| v. | |
| ARAMIYA BURRELL, | |
| Defendant. | |

Mr. Burrell's counsel, Brian Berson, is in trial in San Francisco Superior Court case People v. Bunch, # 23002126. The trial started weeks ago and is expected to last well into September. Therefore, below counsel and the USPO have agreed to stipulate the matter over to October 7, 2024, and request that the Court sign the below order.

So stipulated:

Date: August 22, 2024

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Brian Berson

|  |  |
|---|---|
|  | Attorney for Aramiya Burrell |
| Date: August 22, 2024 | /s/<br>Jonathan Lee<br>Assistant U. S. Attorney |

<del>[PROPOSED]</del> ORDER TO CONTINUE

The foregoing considered, IT IS HEREBY ORDERED that the revocation of supervised release hearing in this matter be continued to October 7, 2024 at 10:30 a.m.

SO ORDERED.

_____
JAMES DONATO
UNITED STATES DISTRICT JUDGE