```
 1  ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
 2
    MARTHA BOERSCH (CABN 126569)
 3  Chief, Criminal Division

 4  JONATHAN U. LEE (CABN 148792)
    Assistant United States Attorneys
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102-3495
        Telephone: (415) 436-7200
 7      FAX: (415) 436-7234
        Jonathan.Lee@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 18-038 JD |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) |
| ARAMIYA BURRELL, | ) |
| Defendant. | ) |

STIPULATION AND [PROPOSED] ORDER
Case No. CR 18-038 JD

The Grand Jury returned an indictment on August 22, 2024 charging Mr. Burrell and others with conspiracy to commit Hobbs Act robbery and Hobbs Act robbery.  Counsel have met and conferred regarding the new case.  As a result, the parties have agreed to request a continuance of the pending appearance on October 7, 2024 in this matter for Revocation Super Rls Hearing.  The parties request that the pending appearance be continued from October 7, 2024 to March 3, 2025 at 10:30 a.m.

IT IS SO STIPULATED.

DATED:   10/3/2024

/s/
JONATHAN U. LEE
Assistant United States Attorney

DATED:   10/3/2024

/s/
BRIAN P. BERSON
Counsel for Defendant ARAMIYA BURRELL

### [PROPOSED] ORDER

Based on the foregoing stipulation, the pending appearance is continued from October 7, 2024 to March 3, 2025.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   October 3, 2024

HON. JAMES DONATO
United States District Judge

STIPULATION AND [PROPOSED] ORDER
Case No. CR 18-038 JD