UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br>    v.<br>ARAMIYA BURRELL,<br>               Defendant. | Case No. 18-cr-00038-JD-1 (TSH)<br><br>**ORDER AFTER PRELIMINARY REVOCATION HEARING** |

The Court held a continued preliminary revocation hearing on the pending Form 12 (ECF No. 62) on December 3, 2024. With respect to charge 9, the Court finds that the interest of justice does not require a witness to appear. *See* Fed. R. Crim. Proc. 32.1(b)(1)(B)(iii). The Court further finds that charge 9 is supported by probable cause under Rule 32.1(b)(1)(A). With respect to charges 5 and 6, the Court finds that the record currently before the Court does not permit the Court to find that the interest of justice does not require a witness to appear.

The Court sets a further hearing date for January 14, 2025, at 10:30 a.m. concerning charges 5 and 6. The government may submit additional exhibits at the January 14 hearing, but the government must also have its witnesses ready to testify at that hearing in the event that the government's additional exhibits still do not persuade the Court that the interest of justice does not require a witness to appear.

**IT IS SO ORDERED.**

Dated: December 3, 2024

THOMAS S. HIXSON
United States Magistrate Judge